# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARTRICE CAMPBELL, | ) |
| | ) No. 1:16-CV-06000 |
| Plaintiff, | ) |
| vs. | ) Judge John Robert Blakey |
| | ) |
| CITY OF CHICAGO, Illinois, a municipal corporation, and former Independent Police Review Authority (IPRA) Chief Administrator SCOTT ANDO, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO DISMISS

The City of Chicago and Scott Ando (collectively "Defendants") move for an order dismissing Plaintiff Martrice Campbell's Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Defendants have filed an accompanying memorandum and an exhibit in support of this Motion and state as follows:

1. Plaintiff filed her Complaint on June 8, 2016 alleging claims for First Amendment Retaliation under 42 U.S.C. § 1983 against Ando (Count I) and for Illinois common law retaliatory discharge against both Defendants (Count II).

2. Plaintiff's Complaint should be dismissed pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted.

3. Count II against Ando must be dismissed because a claim for retaliatory discharge cannot be brought against an individual.

4. Count II against the City should be dismissed because the City is immune pursuant to the Illinois Local Governmental and Governmental Employees Tort Immunity Act, 745 ILCS 10/1-101.

5. Count II against the City should be dismissed also because Plaintiff has not sufficiently pled the requisite elements of retaliatory discharge -- namely the violation of a clearly mandated public policy or that the City caused her discharge.

6. Count I also should be dismissed because Ando is entitled to qualified immunity and because factual findings made pursuant to a collectively bargained arbitration hearing preclude Plaintiff from plausibly stating a First Amendment retaliation claim.

7. Plaintiff's Complaint should be dismissed with prejudice because any opportunity to re-plead would be futile.

WHEREFORE, Defendants respectfully request that this Court dismiss Plaintiff's Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: October 19, 2016

Respectfully submitted,

City of Chicago and Scott Ando, Defendants

/s/ Daniel A. Kaufman
One of Their Attorneys

Daniel A. Kaufman
Christopher R. Parker
Benjamin T. Johnson
Michael Best & Friedrich LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, Illinois 60601
Telephone: (312) 222-0800
Facsimile: (312) 222-0818

# CERTIFICATE OF SERVICE

I, hereby certify that on October 19, 2016, I electronically filed the foregoing ***Defendants' Motion to Dismiss*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Torreya L. Hamilton
>Kevin T. Turkcan
>The Hamilton Law Office, LLC
>53 West Jackson Blvd., Suite 452
>Chicago, IL  60604
>
>Thomas P. Needham
>Colleen M. Shannon
>The Law Office of Thomas P. Needham
>53 West Jackson Blvd., Suite 452
>Chicago, IL  60604

>/s/ Daniel A. Kaufman
>Attorney for Defendants, City of Chicago
>and Scott Ando
>Michael Best & Friedrich LLP
>Two Prudential Plaza
>180 North Stetson Avenue, Suite 2000
>Chicago, Illinois 60601
>Phone: (312) 222-0800
>E-mail: dakaufman@michaelbest.com